UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR601 HEA |
| | ) | |
| OMAR FIGUEROA SOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Monday, May 3, 2010, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 19th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE